[No. 23475–7–I.  Division One.  November 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN KEITH TICESON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–02818–1, Steven G. Scott, J., entered

September 27, 1988. *Dismissed* by unpublished per curiam opinion.